UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALLARD,<br><br>  Plaintiff,<br><br>  v.<br><br>,<br><br>  Defendant. | Case No. 24-cv-07118-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a state prisoner in Texas acting pro se, sent a letter to the Court about prison conditions. In light of plaintiff's pro se status, the Court treated the letter as a complaint, and opened a new case for him. Plaintiff was advised that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis. He was given twenty-eight days to act on one of these options.

More than twenty-eight days has passed, and plaintiff has not communicated with the Court. This case is dismissed without prejudice, and no fee or fee-related action is needed. If plaintiff wants to initiate a court case, he should file a complaint in the appropriate district in Texas.

**IT IS SO ORDERED.**

Dated: February 11, 2025

JAMES DONATO
United States District Judge